*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*


**MARK A. LaPIERRE**

     **vs.**                       **Case No.  9:15-CV-1499 -MAD/DJS**

**E. LaVALLEY, ET AL.**


## ORDER FOR TELEPHONE CONFERENCE

**The Court hereby ORDERS the arrangement and participation of:**

**1. Name of detainee:**                            **Mark A. LaPierre**

**2. Prisoner ID #:**                               **15-A-1283**

**3. Detained by:**                                  **Bare Hill Correctional Facility**
**181 Brand Road**
**Caller Box #20**
**Malone, New York 12953-0020**

**4. Detainee is:**                **(A)**  **(X)**  **Plaintiff in a Civil Action**

                                    **(B)**  **(  )**  **A witness not otherwise available by**
                                                     **the ordinary process of the Court**

**5.  Participation of Inmate Mark A. LaPierre (15-A-1283) is hereby ORDERED on <u>Wednesday, April 26, 2017</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart.  The Court will initiate the conference call.**

**SO ORDERED,**

**Date:  <u>April 6, 2017</u>**

Daniel J. Stewart
U.S. Magistrate Judge

cc:   Mark A. LaPierre, via U.S. Postal Service
      Bare Hill Correctional Facility, via Email
      Ryan W. Hickey, AAG, via CM/ECF