UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK A. LaPIERRE

    vs.                                          Case No.   9:15-CV-1499 -MAD/DJS

E. LaVALLEY, ET AL.


## AMENDED ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. **Name of detainee:**                    Mark A. LaPierre

2. **Prisoner ID #:**                        15-A-1283

3. **Detained by:**                          Bare Hill Correctional Facility
   181 Brand Road
   Caller Box #20
   Malone, New York 12953-0020

4. **Detainee is:**               (A)    (X)    Plaintiff in a Civil Action

                                     (B)    ( )    A witness not otherwise available by the ordinary process of the Court

5. **Participation of Inmate Mark A. LaPierre (15-A-1283) is hereby ORDERED on <u>Thursday, April 27, 2017</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:   April 7, 2017

                                                  Daniel J. Stewart
                                                  U.S. Magistrate Judge

cc:   Mark A. LaPierre, via U.S. Postal Service
       Bare Hill Correctional Facility, via Email
       Ryan W. Hickey, AAG, via CM/ECF